AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jason Brian Barrett<br><br>Defendant | Case: 1:24-mj-00274<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 8/23/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Jason Barrett__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement during Civil Disorder;
18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building.

Date: 08/23/2024

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/23/2024, and the person was arrested on (date) 8/28/2024
at (city and state) Myrtle Beach, SC.

Date: 8/28/2024

*Arresting officer's signature*

SA Benjamin Cundiff
*Printed name and title*