AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Jason Brian Barrett

_____
*Defendant*

)
)
)
)
)
)
)

Case: 1:24-mj-00274
Assigned To : Judge G. Michael Harvey
Assign. Date : 8/23/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Jason Barrett                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement during Civil Disorder;
18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building.

Date:     08/23/2024                                          _____
                                                                                         *Issuing officer's signature*

City and state:     Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                                   *Printed name and title*

| Return |
|--------|

This warrant was received on *(date)*   8/23/2024   , and the person was arrested on *(date)*   8/28/2024
at *(city and state)*   Myrtle Beach, SC                       .

Date:   8/28/2024                                          _____
                                                                                         *Arresting officer's signature*

                                                                                SA Benjamin Cundiff
                                                                                   *Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jason Brian Barrett<br>DOB: 08/27/1975<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00274
Assigned To : Judge G. Michael Harvey
Assign. Date : 8/23/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers, | |
| 18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement during Civil Disorder, | |
| 18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____ Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____08/23/2024____

_____
*Judge's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

### Introduction and Agent Background

Your affiliant, ████████████ is a Special Agent with the Federal Bureau of Investigation. I have been a Special Agent since ████████████ I have investigated national security matters of individuals and groups involved in both international and domestic terrorism. Additionally, I have completed FBI administered counterterrorism classroom and online training, while at the FBI Academy. Currently, I am assigned to the South Carolina Joint Terrorism Task Force (JTTF). My duties on the JTTF include investigating criminal violations of federal laws of the United States. As an FBI Agent, I have participated in investigations of individuals who are motivated by extremist ideology and groups who commit or conspire to commit criminal acts, including acts of terrorism. I have conducted and participated in physical and electronic surveillance, executed search warrants, and debriefed informants. Additionally, I have received training, both formal and informal, in counter terrorism cases through the FBI's training academy in Quantico, Virginia. Through my investigations, training, and experience, I have become familiar with individuals motivated by extremist ideology who violate United States Federal law. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00

p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Jason Brian Barrett

In or about October 2023, the FBI identified an unknown male (SUBJECT 1), later identified as JASON BRIAN BARRETT, who participated in the riot, wearing a dark green hoodie, a brown jacket, a white and blue baseball cap, sunglasses, grey and black Kobalt gloves, blue jeans with tears along the front, and a light grey backpack.



*Images 1-3: Screenshots of open-source footage showing SUBJECT 1 on Capitol grounds on January 6, 2021*

The FBI located SUBJECT 1 in archived open-source footage and body worn camera footage from the events at the Capitol and found numerous videos showing SUBJECT 1's conduct on January 6, 2021, including assaulting a police officer on the southwest corner of the Western Plaza of the U.S. Capitol. Video footage shows that, while rioters were attempting to overwhelm officers and breach the police line, SUBJECT 1 grabbed a Metropolitan Police Department officer from behind. At another time, SUBJECT 1 was observed picking up a bicycle patrol officer's police helmet and throwing it in the general direction of security barriers and posts manned by police officers.

USCA4

The FBI identified an individual from social media account associate with "Jason Barrett" that appeared to depict the likeness and image of SUBJECT 1 in posts made on January 5 and 6, 2021. The "Jason Barrett" from the social media account posted a publicly available video on January 5, 2021, wherein "Jason Barrett" discussed his impending travel to Washington D.C. and appeared to be wearing the same white and blue baseball hat as SUBJECT 1 was seen wearing at the U.S. Capitol on January 6, 2021. Your affiant compared photos and video footage from the social media account with photographs and video footage from January 6, 2021, and concluded that they depict the same person.



*Images 4-7: Top images are screenshots of open-source footage showing SUBJECT 1 on Capitol grounds on January 6, 2021, and bottom images are screenshots of a video posted on a social media account associated with "Jason Barrett" from January 5, 2021 regarding a trip to Washington, D.C.*

Additionally, the FBI made consensual contact with a male believed to be BARRETT in May 2024. This male appeared to have the same physical likeness of SUBJECT 1 from the video footage taken on January 6, 2021. The FBI Agents concluded that BARRETT appeared to be the individual labeled SUBJECT 1 and depicted in the photographs and videos at the Capitol.

**BARRETT's Participation in The Capitol Riot**

On January 6, 2021, by around 1:00 p.m., a mob breached the U.S. Capitol grounds and flooded the West Plaza.

USCA4



*Image 8: Screenshot of Capitol surveillance footage showing the West Front flooded with rioters*

As officers attempted to fend off the crowd, BARRETT can be seen climbing over a short wall, retrieving a blue "Trump 2020" flag, assisting other rioters over the wall, and making his way closer to the line of police officers.





4



*Images 9-11: Screenshots of open source footage showing BARRETT on Capitol grounds climbing over a short wall, retrieving a flag, and assisting another individual climb over the wall*

At about 1:12 p.m., police officers from the Metropolitan Police Department arrived on the scene to assist the Capitol Police. Together, the officers formed another line of bike rack barricades and moved the crowd back.



*Image 12: Screenshot of Capitol surveillance footage showing the West Front flooded with rioters as officers established a bike rack line and moved the crowd back*

Even with the crowd moved behind barriers, the rioters continued to attack the police officers using various weapons, and eventually the crowd pulled away the bike racks barricades. As officers continued to fend off constant attacks from the crowd, BARRETT remained at the front of the mob.

USCA4



*Image 13: Screenshot of open-source footage showing BARRETT at the front of the mob, facing a line of police officers*

As the crowd grew increasingly agitated and aggressive towards the police officers, the mob made a concerted effort forward. At this time, BARRETT forcefully grabbed a Metropolitan Police Department (MPD) bicycle patrol officer from behind, wrapped his arm around the officer's neck, and maintained control over the officer. The officer repeatedly yelled, "GET OFF ME!" as BARRETT continued his attack. Nearby officers came to the officer's aid and saved the officer from BARRETT's attack.





USCA4



*Images 14-16: Screenshots of body worn camera footage (first image) and open source footage (second and third images) showing BARRETT grabbing a police officer by the neck*

After the police officer broke free from BARRETT's attack, BARRETT dropped back from the police line, picked up a white helmet, and threw it in the general direction of security barriers and posts manned by police officers.



USCA4





*Images 17-19: Screenshots of body worn camera footage showing BARRETT picking up a helmet from the ground and throwing it towards police officers*

After having been flanked and attacked for over an hour-and-a-half, the mob surged forward through the bike rack barriers and broke the police line, gaining access to the Capitol.

For the reasons set forth above, I submit there is probable cause to believe that BARRETT violated:

1.  18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault or interfere with any person designated in section 1114 of this title 18 while engaged in or on account of the performance of official duties. Persons designated within section 1114 include any person assisting an officer or employee of the United States in the performance of their official duties.

2.  18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any

department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes. "Civil disorder" means any public disturbance involving acts of violence by assemblages of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual.

3.      18 U.S.C. § 1752(a)(1), (2), and (4), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so; and (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds, or attempt or conspire to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

4.      40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

_____

Special Agent

Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of August 2024.

_____

HONORABLE G. MICHAEL HARVEY

MAGISTRATE JUDGE

USCA4

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE   DIVISION

UNITED STATES OF AMERICA

Criminal No   4:24-cr-00683-TER

v

Jason Brian Barrett

Defendant.

**O R D E R**

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

IT IS ORDERED that the Office of the Federal Public Defender is appointed to  represent  the above-named defendant.

IT IS SO ORDERED.

Thomas E Rogers III
United States Magistrate Judge

August 28, 2024
FLORENCE, South Carolina

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:24-cr-00683-TER |
| | ) | |
| Jason Brian Barrett | ) | |
| | ) | Charging District's Case No.   1:24mj274 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
District of Columbia                                                                                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been
        committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
        unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
        or detention hearing to which I may be entitled in this district.  I request that my
        ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by
        that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:      08/28/2024                                         _____
                                                             *Defendant's signature*

                                                             _____
                                                             *Signature of defendant's attorney*

                                                             _____
                                                             *Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
### for the
_____ District of **South Carolina**

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jason Brian Barrett | ) | Case No.   4:24-cr-00683-TER |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____

*Custodian*                          *Date*

( ☒ ) (7) The defendant must:

( ☒ ) (a) submit to supervision by and report for supervision to the **United States Probation Office**,
telephone number **843 676 3825** , no later than _____ .

( ☒ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☒ ) (d) surrender any passport to: **U.S. Probation Office**

( ☒ ) (e) not obtain a passport or other international travel document.

( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **Do not travel outside the State of South Carolina unless you have preauthorization from USPO** – *do not travel to D.C.*

( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, *except for court* including: _____ *for court appearances,*

( ☐ ) (h) get medical or psychiatric treatment: _____ *attorney visits or*

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, *otherwise as pre-* or the following purposes: _____ *authorized by pre-trial*

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers *officer* necessary.

( ☒ ) (k) not possess a firearm, destructive device, or other weapon.

( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.

( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)  Voice Recognition; or
        ( ☐ ) (iii)  Radio Frequency; or
        ( ☐ ) (iv)  GPS.

( ☒ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t)  _____

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                      Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

　　Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

　　While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

　　It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

　　If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

　　　(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

　　　(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

　　　(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both; and

　　　(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

　　A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

　　I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ☒ )  The defendant is ORDERED released after processing.

( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:　August 28, 2024

_____
Judicial Officer's Signature

**Hon. Thomas E Rogers III, U. S. Magistrate Judge**
Printed name and title

DISTRIBUTION:　COURT　　DEFENDANT　　PRETRIAL SERVICE　　U.S. ATTORNEY　　U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

_____ District of ___South Carolina___

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jason Brian Barrett | ) | Case No.   4:24-cr-00683-TER |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## APPEARANCE BOND

### Defendant's Agreement

I, Jason Brian Barrett _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(✓) (2) This is an unsecured bond of $ __20,000__ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    _____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    _____
    _____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 8-28-2024

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 8-28-2024

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 8-28-2024

_____
*Judge's signature*

CLOSED

# U.S. District Court
## District of South Carolina (Florence)
## CRIMINAL DOCKET FOR CASE #: 4:24-cr-00683-TER-1

Case title: USA v. BARRETT

Date Filed: 08/28/2024

Other court case number: 1:24mj274 District of Columbia

Date Terminated: 08/28/2024

---

Assigned to: Magistrate Judge Thomas E
Rogers, III

**Defendant (1)**

**Jason Brian Barrett**
*TERMINATED: 08/28/2024*

represented by **Edmund Gregorie Monroe Neyle**
Federal Public Defender's Office (Flo)
McMillan Federal Building
401 West Evans Street
Suite 105
Florence, SC 29501
843-662-1510
Email: edmund_neyle@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

18 U.S.C. § 111(a)(1) Assaulting, Resisting,
or Impeding Certain Officers, 18 U.S.C. §
231(a)(3) Obstruction of Law Enforcement
during Civil Disorder, 18 U.S.C. § 1752(a)

(1) Entering and Remaining in a Restricted
Building or Grounds, 18 U.S.C. § 1752(a)
(2) Disorderly and Disruptive Conduct in a
Restricted Building or Grounds, 18 U.S.C. §
1752(a)(4) Engaging in Physical Violence in
a Restricted Building or Grounds, 40 U.S.C.
§ 5104(e)(2)(D) Disorderly Conduct in a
Capitol Building.

**Plaintiff**

**USA**                                     represented by **Matthew Ellis**
                                            US Attorneys Office (Flor)
                                            401 W Evans Street
                                            Suite 222
                                            Florence, SC 29501
                                            843-667-3984
                                            Fax: 843-678-8809
                                            Email: matthew.ellis@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2024 | 1 | Arrest (Rule 40) of Jason Brian Barrett (swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 2 | Rule 5c3 Documents Received as to Jason Brian Barrett (Entered: 08/28/2024) |
| 08/28/2024 | 3 | NOTICE OF HEARING as to Jason Brian Barrett Initial Appearance - Rule 40 set for 8/28/2024 02:30 PM in Florence #3, McMillan Federal Bldg., 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. (swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 4 | **Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Jason Brian Barrett held on 8/28/2024. AUSA Matt Ellis present. Defendant present. Court appoints Office of FPD to represent Defendant, AFPD Edmund Gregorie Monroe Neyle present. Defendant received copy of complaint, understood rights, waived identity hearing. Defendant requested that his preliminary hearing be held in charging district. Government not seeking detention. Court set $20,000.00 unsecured bond with conditions. Court Reporter Beth Krupa. (swel, )** (Entered: 08/28/2024) |
| 08/28/2024 | 5 | CJA 23 Financial Affidavit (Restricted Access) by Jason Brian Barrett (swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 6 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jason Brian Barrett. Signed by Magistrate Judge Thomas E Rogers, III on 8/28/24.**(swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 7 | WAIVER of Rule 5c3 Hearing by Jason Brian Barrett (swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 8 | Unsecured Bond Entered as to Jason Brian Barrett in amount of $ 20,000.00, (swel, ) (Entered: 08/28/2024) |
| 08/28/2024 | 9 | **ORDER Setting Conditions of Release as to Jason Brian Barrett (1) $20,000.00 unsecured bond. Signed by Magistrate Judge Thomas E Rogers, III on 8/28/24.**(swel, ) |

| | | (Entered: 08/28/2024) |
|---|---|---|
| 08/29/2024 | <u>14</u> | Warrant Returned Executed on 8/28/24 in case as to Jason Brian Barrett. (swel, ) (Entered: 08/29/2024) |